QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
555 Twin Dolphin Drive # 560
Redwood City, CA 94065
(650) 801-5000 Tel.
(650) 801-5100 Fax

Ethan Glass (Bar No. 216159)
ethanglass@quinnemanuel.com
Michael D. Bonanno (*pro hac vice forthcoming*)
mikebonanno@quinnemanuel.com
1300 I Street, NW # 900
Washington, DC 20005
(202) 538-8000 Tel.
(202) 538-8100 Fax

Attorneys for Plaintiff SC Innovations, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SC INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, RASIER-PA, LLC, RASIER-DC, LLC, RASIER-NY, LLC, AND UBER USA, LLC, <br><br> Defendants. | CASE NO. 3:18-cv-07440 <br><br> **SC INNOVATIONS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

**SC INNOVATIONS, INC.'S RULE 3-15 STATEMENT**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Amar Anand;
- Avalon Ventures X, L.P.;
- Adam Berkaw;
- Andrew Berriz;
- Janice Brandt;
- Carl Page TTEE, Carl Page Revocable Trust;
- Jeff Clarke;
- Schuyler Cohen;
- Correlation Ventures, L.P.;
- Crystal Bay Revocable Trust;
- Douglas D. Mandell Revocable Trust;
- Anthony Drewitz;
- Fenox Venture Company III, LP;
- Morgan Flager;
- Adrian Fortino;
- Foundry Square Investors – XIII, LLC;
- Lenin Gali;
- GC&H Investments, LLC;
- Tom Gellatly;
- Google Ventures 2012, L.P.;
- H. Barton Co-Invest Fund, LLC;
- Gregory Heibel;

- Huron River Ventures I, L.P.;
- Huron River Ventures I-A, L.P.;
- Invest Detroit – First Step Fund;
- Jennybear Investment Partners;
- Jonathan B. Bulkeley Revocable Trust;
- Kadan Technologies, Inc.;
- Jahan Khanna;
- Rocky Kung;
- Andros Lee;
- Lerer Ventures;
- Lerer Ventures II, LP;
- Lightspeed Venture Partners IX, L.P.;
- Lisa Gansky Living Trust;
- Little Harbour SAZ, LLC;
- Abhishek Mahanti;
- Kip McClanahan;
- Brian McCormick;
- Ullas Naik;
- Lorrie Norrington;
- Michelle Odom;
- Konstatin Ohtmer;
- Sunil Paul;
- Pensco Trust Company;
- David Phillips;
- Mark Pincus;
- Regents of the University of Michigan;
- Mark Ritz;
- Martin Roshenshein;

- Margaret Ryan;
- Fred Seigel;
- SG VC LLC;
- Silverman Ghotbi Revocable Living Trust;
- Silverton Partners III, L.P.;
- SoftBank Capital Fund '10 LP;
- Spring Ventures, LLC;
- SV Angels, III, LP;
- Tekton Ventures;
- The Jonathan B. Bulkeley Revocable Trust;
- The Science Project;
- Three Kingdoms Capital Partners, L.P.;
- Union Square Ventures 2012 Fund, L.P.;
- USV Investors 2012 Fund, L.P.;
- Vast Ventures V, L.P.;
- Vieco 3 Limited;
- Blake Wirht;
- and Mitchell Zuklie.

Out of an abundance of caution, the foregoing list includes all shareholders of SC Innovations, Inc. and Sidecar Technologies, Inc.

## SC INNOVATIONS, INC.'S 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, SC Innovations, Inc. certifies that it has no parent corporations, no subsidiary corporations, and that no publicly held company or corporation owns 10% or more of its stock.

DATED:  December 11, 2018                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By         /s/ Ethan Glass
    Ethan Glass (Bar No. 216159)
    1300 I Street, NW
    Washington, DC 20005
    ethanglass@quinnemanuel.com

Attorneys for SC Innovations, Inc.