| | |
|---|---|
| 1 | THEODORE J. BOUTROUS, JR., SBN 132099 |
| 2 | tboutrous@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556 |
| 3 | dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 4 | 333 South Grand Avenue<br>Los Angeles, CA  90071-3197 |
| 5 | Telephone: 213.229.7000<br>Facsimile:   213.229.7520 |
| 6 | CYNTHIA E. RICHMAN (*pro hac vice* forthcoming) |
| 7 | crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 8 | 1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 |
| 9 | Telephone: 202.955.8500<br>Facsimile:   202.467.0539 |
| 10 | KEVIN YEH, SBN 314079 |
| 11 | kyeh@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 12 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921 |
| 13 | Telephone: 415.393.8200<br>Facsimile:   415.393.8306 |
| 14 | Attorneys for Defendants Uber Technologies, Inc., |
| 15 | Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SC INNOVATIONS, INC., | | CASE NO. 3:18-cv-07440-JCS |
| *Plaintiff*, | | |
| v. | | **NOTICE OF APPEARANCE OF THEODORE J. BOUTROUS, JR.** |
| UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA LLC, RASIER-PA, LLC, RASIER-DC, LLC, RASIER-NY, LLC, and UBER USA, LLC, | | |
| *Defendants*. | | |

**TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Theodore J. Boutrous, Jr., of Gibson, Dunn & Crutcher LLP, hereby appears as counsel for defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC.  Mr. Boutrous is admitted to practice in the State of California and before this Court.  His address, telephone number, facsimile number, and email address are as follows:

> Theodore J. Boutrous, Jr.
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA  90071-3197
> Telephone:     213.229.7000
> Facsimile:     213.229.7520
> Email:  tboutrous@gibsondunn.com

Please serve him with all papers in this action.

Dated: January 7, 2019

By:  /s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP

Attorney for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC