1  THEODORE J. BOUTROUS, JR., SBN 132099
      tboutrous@gibsondunn.com
2  DANIEL G. SWANSON, SBN 116556
      dswanson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  CYNTHIA E. RICHMAN (*pro hac vice* forthcoming)
      crichman@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
8  Washington, DC 20036-5306
   Telephone: 202.955.8500
9  Facsimile:  202.467.0539

10 KEVIN YEH, SBN 314079
      kyeh@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
12 San Francisco, CA 94105-0921
   Telephone: 415.393.8200
13 Facsimile:  415.393.8306

14 Attorneys for Defendants Uber Technologies, Inc.,
   Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-
15 DC, LLC, Rasier-NY, LLC, and Uber USA, LLC

16                UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA
18                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  SC INNOVATIONS, INC., | CASE NO. 3:18-cv-07440-JCS |
| 20              *Plaintiff*, | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |
| 21         v. | |
| 22  UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA LLC, RASIER-PA, LLC, RASIER-DC, LLC, RASIER-NY, LLC, AND UBER USA, LLC, | |
| 23 | |
| 24              *Defendants*. | |

Gibson, Dunn & Crutcher LLP

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FEDERAL RULE OF CIVIL
PROCEDURE 7.1 DISCLOSURE STATEMENT
– CASE NO. 3:18-CV-07440-JCS

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendants Uber Technologies, Inc.; Rasier, LLC; Rasier-CA, LLC; Rasier-PA, LLC; Rasier-DC, LLC; Rasier-NY, LLC; and Uber USA, LLC (the "Defendants") hereby state that Uber Technologies, Inc., is a privately held corporation and is not a subsidiary of any entity.  SB Cayman 2 Ltd., a private company, owns more than ten percent of Uber Technologies, Inc.'s outstanding stock.  SB Cayman 2 Ltd. is a subsidiary of Softbank Group Corp., a publicly traded corporation.

Both Rasier, LLC, and Uber USA, LLC, are wholly-owned subsidiaries of Uber Technologies, Inc.  Rasier-CA, LLC; Rasier-PA, LLC; Rasier-DC, LLC; and Rasier-NY, LLC, are wholly-owned subsidiaries of Rasier, LLC.  The Defendants further state that, apart from the named parties to this action, they do not believe that there are other persons, associations of persons, firms, partnerships, corporations, or other entities that have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated:  January 7, 2019                                     Respectfully submitted,


                                                            /s/ Theodore J. Boutrous, Jr.
                                                            Theodore J. Boutrous, Jr.
                                                            Daniel G. Swanson
                                                            Cynthia E. Richman
                                                            Kevin Yeh

                                                            GIBSON, DUNN & CRUTCHER LLP

                                                            Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC

Gibson, Dunn & Crutcher LLP

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT – CASE NO. 3:18-CV-07440-JCS