| | |
|---|---|
| 1 | THEODORE J. BOUTROUS, JR., SBN 132099 |
| | tboutrous@gibsondunn.com |
| 2 | DANIEL G. SWANSON, SBN 116556 |
| | dswanson@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 4 | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| 5 | Facsimile: 213.229.7520 |
| 6 | CYNTHIA E. RICHMAN (*pro hac vice* forthcoming) |
| | crichman@gibsondunn.com |
| 7 | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| 8 | Washington, DC 20036-5306 |
| | Telephone: 202.955.8500 |
| 9 | Facsimile: 202.467.0539 |
| 10 | KEVIN YEH, SBN 314079 |
| | kyeh@gibsondunn.com |
| 11 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| 12 | San Francisco, CA 94105-0921 |
| | Telephone: 415.393.8200 |
| 13 | Facsimile: 415.393.8306 |

Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SC INNOVATIONS, INC., | CASE NO. 3:18-cv-07440-JCS |
| *Plaintiff*, | |
| v. | **NOTICE OF APPEARANCE OF DANIEL G. SWANSON** |
| UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA LLC, RASIER-PA, LLC, RASIER-DC, LLC, RASIER-NY, LLC, and UBER USA, LLC, | |
| *Defendants*. | |

| | |
|---|---|
| 1 | **TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that Daniel G. Swanson, of Gibson, Dunn & Crutcher LLP, |
| 3 | hereby appears as counsel for defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, |
| 4 | Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC. Mr. Swanson is admitted |
| 5 | to practice in the State of California and before this Court. His address, telephone number, facsimile |
| 6 | number, and email address are as follows: |

> Daniel G. Swanson
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000
> Facsimile: 213.229.7520
> Email: dswanson@gibsondunn.com

Please serve him with all papers in this action.

Dated: January 8, 2019

> By: /s/ Daniel G. Swanson
> Daniel G. Swanson
> GIBSON, DUNN & CRUTCHER LLP
>
> Attorney for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC