UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SC INNOVATIONS, INC.,<br>Plaintiff,<br>v.<br>UBER TECHNOLOGIES, INC., et al.,<br>Defendants. | Case No. 18-cv-07440-JCS<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF AND SETTING BRIEFING SCHEDULE ON MOTION TO DISQUALIFY**<br><br>Re: Dkt. No. 15 |

On January 7, 2019, Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC (collectively, "Uber") filed a Motion for Administrative Relief to Set Briefing Schedule for Motion to Disqualify and Motion to Dismiss (the "motion"). "[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." Dietz v. Bouldin, 136 S. Ct. 1885, 1892 (2016). For good cause, a court may extend deadlines or alter case schedules. See Fed. R. Civ. P. 6(b).

Having reviewed the parties' papers, the Court finds good cause to **GRANT** Uber's motion and ORDERS a briefing schedule as follows:

• Uber's deadline to respond to the Complaint (ECF 1) is **STAYED**.

• Uber shall file any motion to disqualify by **February 1, 2019**. Plaintiff may file any opposition by **March 1, 2019**, and Uber may file any reply by **March 15, 2019**. The hearing on the motion to disqualify is set for **April 12, 2019 at 9:30 AM,** in Courtroom G. The initial case management conference is continued to **April 12, 2019 at 9:30 AM**. The parties shall file their joint case management conference statement on or before **April 5, 2019**.

• Upon resolution of the motion to disqualify, if any complaint remains pending, the Court

shall set a schedule for filing and briefing a motion to dismiss.

**IT IS SO ORDERED.**

Dated: January 14, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge