QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
555 Twin Dolphin Drive # 560
Redwood City, CA 94065
(650) 801-5000 Tel.
(650) 801-5100 Fax

Ethan Glass (Bar No. 216159)
ethanglass@quinnemanuel.com
Michael D. Bonanno (DC Bar. No. 998208, *admitted pro hac vice*)
mikebonanno@quinnemanuel.com
1300 I Street, NW # 900
Washington, DC 20005
(202) 538-8000 Tel.
(202) 538-8100 Fax

Attorneys for Plaintiff SC Innovations, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| SC INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, RASIER-PA, LLC, RASIER-DC, LLC, RASIER-NY, LLC, AND UBER USA, LLC, <br><br> Defendants. | CASE NO. 3:18-cv-07440-JCS <br><br> **DECLARATION OF CLAUDE M. STERN IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br><br> Hearing Date: April 26, 2019 <br> Time: 9:30 a.m. <br> Location: Courtroom G, <br> 450 Golden Gate Avenue <br> San Francisco, CA |

# DECLARATION

I, Claude M. Stern, declare and state as follows:

1. I am a member of the bar of the state of California and a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for SC Innovations, Inc. ("Sidecar") in *SC Innovations, Inc. v. Uber Techs., Inc.*, No. 3:18-cv-07440-JCS. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. From the outset of its engagement, Quinn Emanuel has not represented Sidecar or any associated entities with respect to patent matters adverse to Uber and will not do so in the future.

3. I have never represented Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, Uber USA, LLC, or any other associated entity in any capacity.

4. I have complied with the requirements of the ethical wall put in place by Quinn Emanuel at the outset of the Sidecar matter. The wall has prevented me from having any substantive communication regarding this case or Quinn Emanuel's prior work for Uber with anyone at Quinn Emanuel who previously performed work for Uber. I have never received or reviewed confidential Uber information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of March, 2019, in Daytona Beach, FL.

/s/ Claude M. Stern
Claude M. Stern

**Signature Attestation**

I hereby attest that I have on file permission from the declarant for the signature provided as a conformed signature (/S/) within this e-filed document.

DATED: March 15, 2019        /s/ Ethan Glass
                             Ethan Glass