THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (*pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SC INNOVATIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA LLC, RASIER-PA, LLC, RASIER-DC, LLC, RASIER-NY, LLC, AND UBER USA, LLC, <br><br> *Defendants*. | CASE NO. 3:18-cv-07440-JCS <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS** |

Gibson, Dunn & Crutcher LLP

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Kevin Yeh, of Gibson, Dunn & Crutcher LLP, hereby withdraws as an attorney of record for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC in the above-captioned case. The law firm of Gibson, Dunn & Crutcher LLP and other attorneys with that firm will continue to represent Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC.

Date: April 30, 2019

THEODORE J. BOUTROUS, JR.
DANIEL G. SWANSON
CYNTHIA E. RICHMAN
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Theodore J. Boutrous, Jr.
    Theodore J. Boutrous, Jr.
    Daniel G. Swanson
    Cynthia E. Richman

Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC