UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SC INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 18-cv-07440-JCS<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS ORIGINAL COMPLAINT**<br><br>Re: Dkt. No. 57 |

Defendants' moved to dismiss Plaintiff's original complaint on July 10, 2019. Dkt. 57. Plaintiff subsequently filed an amended complaint. Dkt. 60. The amended complaint supersedes the original complaint, and the motion to dismiss the original complaint is therefore DENIED as moot. This order does not affect the schedule previously set for Defendants' anticipated motion to dismiss the amended complaint.

**IT IS SO ORDERED.**

Dated: September 25, 2019

JOSEPH C. SPERO
Chief Magistrate Judge