UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CIVIL MINUTE ORDER**

| **Case No.:** 18-cv-07440-JCS | **Case Name:** SC Innovations, Inc. v. Uber Technologies, Inc. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date:** January 17, 2020 | **Time:** 48 M |

**Attorney for Plaintiff:** Lewis T. LeClair, Kirk Dillman, Judith Zahid
**Attorney for Defendant:** Cynthia Richmond, Daniel Swanson

**Deputy Clerk:** Karen Hom        **Court Reporter:** Ana Dub

### PROCEEDINGS

1. Motion to Dismiss Amended Complaint [dkt 64] – Submitted (29 m)
2. Further Case Management Conference – Held (19 M)

### ORDERED AFTER HEARING

Discovery is open and there will be no bifurcation.
After the Court issues it's order, the Plaintiff will have two weeks to file an amended complaint.
Defendant will have two weeks thereafter to file a response to the amended complaint.
Court extended discovery deadlines and continued the hearing date for dispositive/Daubert motions, final pretrial conference and trial dates.
Updated case management conference statement due 4/3/2020.

**NOTE:** Pretrial filings will now be based off the new final pretrial conference date.

**CASE CONTINUED TO:**   04/10/2020 at 2:00 PM for a further case management conference. This date will be moved to coincide with the hearing on the motion to dismiss.

### REFERRALS:

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:** 10/10/2020
**Expert Disclosure by party that bears burden of proof:** 11/2/2020

**Expert Rebuttal:  12/2/2020**
**Expert Discovery Cutoff: 1/15/2021**
**Deadline to File Dispositive and *Daubert* Motions: 1/29/2021**
**Opposition to Dispositive and *Daubert* Motions: 02/26/2021**
**Reply to Dispositive and *Daubert* Motions: 03/12/2021**
**Motions Hearing & *Daubert* Motions:  04/09/2021 at 9:30 AM**
**Pretrial Conference: 06/25/2021 at 2:00 PM**
**Trial: 07/12/2021 a**t **8:30 AM for 10 days [X]   Jury   [ ]   Court**

**Order to be prepared by:**
 [ ]  Plaintiff          [ ]  Defendant          [X] Court