UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SC Innovations, Inc., | CASE NO. 3:18-CV-07440-JCS |
| Plaintiff, | **[PROPOSED]** |
| v. | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |
| Uber Technologies, Inc; Rasier LLC; Rasier-CA LLC; Rasier-PA LLC; Rasier-DC LLC; Rasier-NY LLC; Uber-USA LLC, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On February 18, 2020, Defendants Uber Technologies, Inc; Rasier LLC; Rasier-CA LLC; Rasier-PA LLC; Rasier-DC LLC; Rasier-NY LLC; and Uber-USA LLC (collectively "Defendants") filed a Motion to Dismiss the Complaint of SC Innovations, Inc., pursuant to Federal Rules of Civil Procedure 12(b)(6).  The Court, having considered all papers and arguments submitted in support of and in opposition to the motion, and finding good cause for the motion, orders as follows:

**IT IS HEREBY ORDERED** that:

Defendants' Motion to Dismiss is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

This is the _____ day of _____, 2020.

_____
Honorable Joseph C. Spero
United States Chief Magistrate Judge