# McKool Smith
# Hennigan

Kirk D. Dillman
Direct Dial:  (213) 694-1101
kdillman@mckoolsmithhennigan.com

300 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Telephone: (213) 694-1200
Telecopier: (213) 694-1234

March 26, 2020

Hon. Joseph Spero
San Francisco Courthouse, Courtroom F
450 Golden Gate Avenue
San Francisco, CA 94102

> **RE:** **SC Innovations Inc. v. Uber Technologies Inc., 3:18-cv-07440-JCS**

Dear Judge Spero:

Pursuant to this Court's Standing Order, I am writing to provide notice that Lewis LeClair and Kirk Dillman will appear telephonically for the April 3, 2020 hearing in this matter on defendants' Motion to Dismiss Second Amended Complaint.

Regards,

*Kirk D. Dillman*
KIRK D. DILLMAN

KDD:

**McKool Smith**
A Professional Corporation • Attorneys
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC**

4820-9312-6584