THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

CYNTHIA E. RICHMAN, (D.C. Bar No. 492089; appearance pro hac vice)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

Attorneys for Uber Technologies, Inc, Rasier LLC, Rasier-CA LLC, Rasier-PA LLC, Rasier-DC LLC, Rasier-NY LLC, Uber-USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SC Innovations, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Uber Technologies, Inc; Rasier LLC; Rasier-CA LLC; Rasier-PA LLC; Rasier-DC LLC; Rasier-NY LLC; Uber-USA LLC,<br><br>    Defendants. | CASE NO. 3:18-CV-07440-JCS<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISIONS** |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Uber Technologies, Inc; Rasier LLC; Rasier-CA LLC; Rasier-PA LLC; Rasier-DC LLC; Rasier-NY LLC; and Uber-USA LLC ("Uber") submit this Statement of Recent Decisions to provide the Court with notice of two recent decisions relevant to Uber's Motion to Dismiss (ECF No. 76).  First, the California Court of Appeal affirmed the trial court's dismissal in *Uber Technologies Pricing Cases*, No. A154694 (Cal. Ct. App. Mar. 23, 2020), regarding application of the Unfair Practices Act's statutory exemption for CPUC jurisdiction to Uber. A copy of the decision is attached hereto as Exhibit 1.  The decision cites with approval this Court's decision dismissing SCI's Unfair Practices Act claim.  *Id.* at 9, 17.  The decision also supports the arguments made by Uber in regard to SCI's failure to plead market power in Uber's Motion to Dismiss (ECF No. 76 at 4 n.3) and Reply (ECF No. 78 at 6:20-22 & n.6).

Second, in another case within the Northern District of California, *Desoto Cab Co., Inc., v. Uber Technologies, Inc., et al*., No. 16-CV-06385-JSW, ECF No. 100 (N.D. Cal. Mar. 25, 2020), the Court granted Uber's motion to dismiss Plaintiff's Sherman Act Section 2 predatory pricing claims.  A copy of the decision is attached hereto as Exhibit 2.  The decision, *see id*. at 7-8 & n.2, supports arguments made by Uber in regard to SCI's failure to plead market power or any dangerous probability of recoupment in Uber's Motion to Dismiss (ECF No. 76 at 10:9-12:6) and Reply (ECF No. 78 at 7:4-11:11).

DATED: March 27, 2020

Respectfully submitted,

THEODORE J. BOUTROUS JR.
DANIEL G. SWANSON
CYNTHIA E. RICHMAN
GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Daniel G. Swanson*
　　　Theodore J. Boutrous Jr.
　　　Daniel G. Swanson
　　　Cynthia E. Richman

Attorneys for Uber Technologies, Inc, Rasier LLC, Rasier-CA LLC, Rasier-PA LLC, Rasier-DC LLC, Rasier-NY LLC, Uber-USA LLC