Lewis T. LeClair (SBN 77036)
lleclair@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:    (214) 978-4000
Facsimile:    (214) 978-4044

Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:    (213) 694-1200
Facsimile:    (213) 694-1234
Attorneys for Plaintiff SC Innovations, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SC INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, RASIER-PA, LLC, RASIER-DC, LLC, RASIER-NY, LLC, AND UBER USA, LLC, <br><br> Defendants. | CASE NO. 3:18-cv-07440-JCS <br><br> **UPDATED JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** <br><br> Hearing Date:  April 24, 2020 <br> Time:          9:30 a.m. <br> Location:     Telephonic |

Pursuant to Civil Local Rule 16-9, Plaintiff SC Innovations, Inc. ("Sidecar" or "SCI") and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC (collectively, "Uber") respectfully submit this Updated Joint Case Management Statement setting forth only changes in information from the Joint Case Management Statement submitted January 10, 2020 [ECF 69].  For ease of reference, the parties have kept the same numbering as set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement.

**4. Motions**

On February 18, 2020, Uber filed a motion to dismiss SCI's Second Amended Complaint. ECF 76.  That motion is fully briefed and scheduled for hearing on April 24, 2020.  The parties agree it is too early to determine whether and what other motions the parties may file later in the case.

**5. Amendment of Pleadings**

On February 4, 2020, SCI filed its Second Amended Complaint.  ECF 73.

**7. Disclosures**

The Court has ordered the parties to exchange initial disclosures 30 days after the ruling on Uber's motion to dismiss.  ECF 51. ECF 52.

**8. Discovery**

On or before November 30, 2019, both sides served initial document requests, proposed custodians and search terms, and conducted e-discovery searches.  Uber anticipates serving additional discovery requests[1] and initiating a meet and confer regarding SCI's responses and objections to Uber's first set of document requests in the next several weeks.  The parties have extensively met and conferred about SCI's document requests.  While progress has been made, the parties have not reached agreement on certain discovery issues related to those requests, including the custodians to be

---

[1] Uber's initial set of document requests was served on November 29, 2019, and was limited to proposed "Phase I" of discovery.  Subsequently, the Court ruled against a bifurcated discovery schedule.  Uber's second set of document requests will encompass issues that Uber had originally reserved for proposed "Phase II."

UPDATED JOINT CASE MANAGEMENT STATEMENT
Case No. 3:18-cv-07440-JCS                      -2-

searched and search terms to be applied in connection with the collection and production of ESI.[2] The parties continue to meet and confer in order to narrow those discovery issues to the extent possible. For those issues in relation to which agreement cannot be reached, the parties anticipate filing a Joint Letter pursuant to Paragraph 15 of this Court's Civil Standing Orders.

The parties are conferring on the proper scope of discovery. SCI believes that additional depositions and perhaps additional interrogatories will be necessary beyond the limits set in the Federal Rules of Civil Procedure. The parties are conferring about those limitations and will seek relief as necessary.

**Scheduling**

Following the January 17, 2020, Further Case Management Conference, the Court set the following pretrial dates. ECF 70:

| Event | Date |
| --- | --- |
| Discovery cutoff | October 10, 2020 |
| Expert disclosure by party with burden of proof | November 2, 2020 |
| Expert rebuttal | December 2, 2020 |
| Expert discovery cutoff | January 15, 2021 |
| Deadline to file dispositive and *Daubert* motions | January 29, 2021 |
| Opposition to dispositive and *Daubert* motions | February 26, 2021 |
| Reply to dispositive and *Daubert* motions | March 12, 2021 |
| Hearing on dispositive motions and *Daubert* motions | April 9, 2021 at 9:30 a.m. |
| Pretrial conference | June 25, 2021 at 2:00 p.m. |
| Trial | July 12, 2021 at 8:30 a.m. for 10 days, jury |

The COVID-19 pandemic has created disruptions and delays that could not have been foreseen when the Court set this schedule. The parties agree that, in light of these changed circumstances, a continuance of these pretrial dates, including the discovery cutoff, is needed. Because of the

---

[2] As noted below, progress with respect to discovery has been impeded by the evolving public health crisis and, in particular, the shelter-in-place order in California, during which time Uber has had limited access to the materials and resources required to advance discovery.

UPDATED JOINT CASE MANAGEMENT STATEMENT
Case No. 3:18-cv-07440-JCS            -3-

continuing uncertainties regarding the pandemic, however, the parties are not in a position to propose specific dates at this time. They will do so when COVID-19 recovery plans and orders become more definite.

**21. Other Matters**

The parties are not aware of any other matters requiring the Court's attention at this time.

DATED: April 17, 2020                    Respectfully submitted,

By    /s/Lewis T. LeClair
Lewis T. LeClair (Bar No. 77036)
300 Crescent Ct., Suite 1500
Dallas, Texas 75220
lleclair@mckoolsmith.com

*Attorneys for Plaintiff SC Innovations, Inc.*

   /s/ Cynthia E. Richman
Theodore J. Boutrous Jr.
Daniel G. Swanson
Cynthia E. Richman
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, Raiser-CA LLC, Raiser-PA LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC*

**CASE MANAGEMENT ORDER**

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: _____

The Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE