AMENDED CLERK'S NOTICE RE: MOTION TO DISMISS AND FURTHER CASE MANAGEMENT CONFERENCE SET FOR APRIL 24, 2020.

The Motion to Dismiss and Further Case Management Conference hearing set in this case on **April 24 2020**, will be held by Zoom Webinar at **9:30 AM**.  Members of the press and public may attend the webinar as non-participating attendees at the following link:

You are invited to a Zoom webinar.
When: Apr 24, 2020 09:30 AM Pacific Time (US and Canada)
Topic: 18-cv-07440 JCS
SC Innovations v. Uber Technologies

Please click the link below to join the webinar:
https://zoom.us/j/92737099745?pwd=UVk3em1KbXAxeUNyS1YyNkppcGpEdz09
Password: 190027

Or iPhone one-tap :
   US: +13017158592,,92737099745#  or +13126266799,,92737099745#
Or Telephone:
   Dial(for higher quality, dial a number based on your current location):
      US: +1 301 715 8592  or +1 312 626 6799  or +1 346 248 7799  or +1 669 900 6833  or +1 929 205 6099  or +1 253 215 8782
   Webinar ID: 927 3709 9745
   Password: 190027

PLEASE NOTE: Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or videoconference).  See General Order 58 at Paragraph III.  Any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is absolutely prohibited.  Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court.

Please see https://www.cand.uscourts.gov/zoom/ for information on preparing for and participating in a Zoom Webinar.  Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.