# McKool Smith Hennigan

Kirk D. Dillman
Direct Dial: (213) 694-1101
kdillman@mckoolsmithhennigan.com

300 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Telephone: (213) 694-1200
Telecopier: (213) 694-1234

June 11, 2020

Hon. Joseph Spero
San Francisco Courthouse, Courtroom F
450 Golden Gate Avenue
San Francisco, CA 94102

Re: SC Innovations Inc. v. Uber Technologies Inc., 3:18-cv-07440-JCS

Dear Judge Spero:

Pursuant to the Court's Standing Order, the parties submit the attached Joint Summary of Disputes regarding Plaintiff's First Set of Requests for Production to All Defendants. Plaintiff's Requests, served November 8, 2019, and Defendants' Responses, served January 23, 2020, are attached, respectively, as Exhibits A and B to the Joint Summary.

After a lengthy meet-and-confer process, SCI requested a "final" meet-and-confer, which took place on June 6, 2020. The Parties have made substantial progress but require the Court's intervention with respect to the issues identified in the Joint Summary.

Respectfully submitted,

By    /s/ *Kirk D. Dillman*
    Lewis T. LeClair
    Kirk D. Dillman
    John C. Briody
    Robert J. King
    MCKOOL SMITH, P.C.
*Attorneys for Plaintiff SC Innovations, Inc.*

   /s/ *Cynthia E. Richman*
    Theodore J. Boutrous Jr.
    Daniel G. Swanson
    Cynthia E. Richman
    Frances Waldmann
    GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, Raiser-CA LLC, Rasier-PA LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC*