# EXHIBIT C

### Exhibit C – List of Uber Agreed Custodians

| Custodian | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Dennis Cinelli | N/A | N/A | N/A | N/A | Senior Manager, Regional Head of Finance - US West | Regional Head of Finance, US & Canada<br><br>Director, Strategic Finance | Sr. Director and Head of Strategic Finance | Sr. Director and Head of Strategic Finance | Sr. Director and Head of Strategic Finance |
| Sarfraz Maredia | N/A | N/A | Manager, General Manager | General Manager I | General Manager II | General Manager III | Director, Operations Northeast | Sr. Director, Head of Central Operations - US & Canada<br><br>Sr Director, RGM US&C Rides | Sr. Director, RGM US&C Rides |
| Brandon Trew | N/A | N/A | N/A | Sr Product Manager, Tech | Sr Product Manager II, Tech | Group Product Manager | Director, Product Management | Director, Product Management | |
| Jahan Khanna | N/A | N/A | N/A | N/A | Sr Product Manager | Sr Product Manager II, Tech<br><br>Group Product Manager | Director, Product Management | Director, Product Management | |
| Michael Beckman | N/A | N/A | N/A | N/A | Head of Product, Uber Owned Inventory | Sr Product Manager, Tech<br><br>Head of Product, Global Intelligence | Head of Product, Global Intelligence<br><br>Head of Product, Scooters | Director, Head of Scooters at Uber<br><br>Director, Product | |

**Exhibit C – List of Uber Agreed Custodians**

| Custodian | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Rachel Holt | Unknown | Regional General Manager, East | Regional General Manager, East | Regional General Manager, East | VP and Regional General Mobility, U.S. and Canada. | VP and Regional General Mobility, U.S. and Canada. | VP and Regional General Mobility, U.S. and Canada<br><br>Head of New Mobility | Head of New Mobility | Head of New Mobility |
| Michael Juker | N/A | Marketing Manager | Marketing Manager | Operations Coordinator | Operations Coordinator | Operations Manager for the Greater Los Angeles area | Operations Manager for the Greater Los Angeles area | Operations Manager for the Greater Los Angeles area | |
| Jason Girod | N/A | Unknown | Regional Operations and Logistics Manager, West Coast | Regional Operations and Logistics Manager, West Coast | Strategic Operations Manager | N/A | N/A | N/A | |
| Travis Kalanick | CEO | CEO | CEO | CEO | CEO | CEO | Board Member | Board Member | |