# EXHIBIT D

**Exhibit D – Agreed Search Terms**

|   | Term | Proximity | Term |
|---|---|---|---|
|   | Barrier* | /5 | Entry |
|   | Market | /5 | (separate OR different OR distinct OR alternat* OR control* OR dominat*) |
|   | Market | /5 | Power |
|   | Market | /5 | Share |
|   | Market | /5 | Foreclos* OR exclu* OR prevent* OR limit* OR entry* OR entrant* OR compet* |
|   | Recoup* |   |   |
|   | Share | /5 | dominat* OR grow* OR gain* OR maintain* OR los* |
|   | SSNIP |   |   |
|   | Anticompet* |   |   |
|   | Antitrust |   |   |
|   | Average | /5 | Cost |
|   | "Below cost" |   |   |
|   | Competitive | /5 | intelligence OR product* OR analysis |
|   | "Critical mass" |   |   |
|   | "Competition law" |   |   |
|   | Crush |   |   |
|   | Dominant |   |   |
|   | Dominat* |   |   |
|   | Duopoly |   |   |
|   | Econom* | /5 | Scale |
|   | Extinguish |   |   |

|  | (Fare* OR payment OR pay OR margin* OR profit*) | /5 | ("marginal cost" OR "incremental cost" OR "variable cost" OR "below cost" OR cut*) |
|---|---|---|---|
|  | Foreclos* |  |  |
|  | Hell |  |  |
|  | Marketing | /5 | Strateg* |
|  | Monopol* |  |  |
|  | "Network effect*" |  |  |
|  | Network | /2 | Effects |
|  | Oligopoly |  |  |
|  | Predation |  |  |
|  | Predatory |  |  |
|  | Restrain* |  |  |
|  | Sidecar |  |  |
|  | Slog |  |  |
|  | Strateg* | /5 | (fair OR pric* OR compet* OR market) |
|  | "Tipping point" |  |  |
|  | Commission | /10 | (Driver OR Rides OR incentive* OR "take rate" OR economics OR pric* OR cost) |
|  | "at a loss" |  |  |
|  | "two-sided" | OR | "2 sided" |
|  | "PUC" | OR | "Public Utilities Commission" |