# EXHIBIT E

### Ex. E -- Disputed Search Terms

**Terms proposed by SCI that Uber rejects because they do not appear in SCI's Amended Complaint:**

| | | |
|---|---|---|
| Leverag! | | |
| Squeez! | | |
| Hemorrhag! | | |
| Strangl! | | |
| "shut down" | | |
| Inhibit! | | |
| Threat | | |
| Elimin! | | |
| Punish! | | |
| "COIN" | | |
| (SWOT OR "S.W.O.T.") | | |

**Terms proposed by SCI relating to Uber's competitors:**

| | | |
|---|---|---|
| Lyft | | |
| Juno | | |
| GetZimride | | |
| Wingz | | |
| Flywheel | | |
| Via | | |

**Terms proposed by SCI with disputed connectors:**

| | | |
|---|---|---|
| Economics | /50 | ("business case" OR strategy! OR pric! OR market OR cost OR lock!) |
| Pric! | /25 | (cost! Or complain! Or rais! Or reduc!) |
| (Lyft OR taxi! OR limo OR Juno OR GetZimride OR Wingz OR Flywheel OR Via OR Uber) | /5 | ("business plan" OR strategy OR guide OR policy OR compet! OR pric! OR fare! OR supply OR demand) |
| Market! | /5 | Analy! |
| Compet! | & | (Rideshar! Or Ride shar! Or Ride-shar! Or Ridehail! Or Ride hail! Or Ride-hail! Or reduc! Or pric! or cost or economics or (share w/2 ride) or lock!) |

**Ex. E -- Disputed Search Terms**

**Other disputed terms:**

| | | |
|---|---|---|
| Control | /3 | Channel! OR distribut! OR suppl! OR retailer! OR sole OR total OR complet! |
| (creat! OR build! OR establish!) | /10 | (network OR platform) |
| Dummy | | |
| Burner! | | |
| Phony | | |
| Fak! | | |
| Strateg! | /4 | plan |
| Driver | /5 | (Recruit! OR refer! OR bonus! OR incentive! OR subsid!) |
| (Exclu! OR harm! OR power) | /3 | (market! OR entry! OR entrant! OR compet!) |
| "Global Intelligence" | | |
| "Category Position" | | |