# EXHIBIT F

**Ex. F -**
**SCI's List of Disputed Search Terms & Uber's 4/16/20 Counterproposal**

**Terms proposed by SCI set against Uber's counterproposal:**

| SCI's Term | Uber's Counterproposal |
|---|---|
| Leverag* | (Exclu* OR harm* OR power* OR **elim* OR inhibit* OR threat OR "shut down" OR Leverag***) /3 (market* OR entry* OR entrant* OR Sidecar OR compet*OR Lyft OR Juno OR GetZimride OR Wingz OR Flywheel OR Via) |
| "shut down" | |
| Inhibit* | |
| Threat | |
| Elimin* | |
| Squeez* | Uber rejects this term. |
| Hemorrhag* | Uber rejects this term. |
| Strangl* | Uber rejects this term. |
| Punish* | Uber rejects this term. |
| "COIN" | Uber rejects this term. |
| (SWOT OR "S.W.O.T.") | (Lyft OR taxi* OR limo OR Juno OR GetZimride OR Wingz OR Flywheel OR Via) /3 ("business plan" OR strategy OR guide OR policy OR **swot OR S.W.O.T** OR compet* OR pric* OR fare* OR supply OR demand) |

| SCI's Term | Uber's Counterproposal |
|---|---|
| Lyft | (Exclu* OR harm* OR power* OR elim* OR inhibit* OR threat OR "shut down" OR Leverag*) /3 (market* OR entry* OR entrant* OR Sidecar OR compet*OR **Lyft OR Juno OR GetZimride OR Wingz OR Flywheel OR Via**) |
| Juno | |
| GetZimride | |
| Wingz | **(Lyft** OR taxi* OR limo OR **Juno OR GetZimride OR Wingz OR Flywheel OR Via**) /3 ("business plan" OR strategy OR guide OR policy OR swot OR S.W.O.T OR compet* OR pric* OR fare* OR supply OR demand) |
| Flywheel | |
| Via | Driver /5 (Recruit* OR refer* OR bonus* OR incentive* OR subsid*) AND **(Lyft OR OR Juno OR GetZimride OR Wingz OR Flywheel OR Via OR competit***) |
| | Ambassador AND Recruit* AND **(Lyft OR Juno OR GetZimride OR Wingz OR Flywheel OR Via**) |

**Terms with disputed connectors:**

| | SCI's Connector | Uber's Proposal | |
|---|---|---|---|
| Economics | /50 | /5 | ("business case" OR strategy* OR pric* OR market OR cost OR lock*) |
| Pric* | /25 | /3 | (cost* Or complain* Or rais* Or reduc*) |

| (Lyft OR taxi* OR limo OR Juno OR GetZimride OR Wingz OR Flywheel OR Via OR Uber) | /5 | /3 | ("business plan" OR strategy OR guide OR policy OR compet* OR pric* OR fare* OR supply OR demand) |
|---|---|---|---|
| Market* | /5 | /3 | Analy* |
| Compet* | & | /5 | (Rideshar* Or Ride shar* Or Ride-shar* Or Ridehail* Or Ride hail* Or Ride-hail* Or reduc* Or pric* or cost or economics or (share w/2 ride) or lock*) |

**Other disputed terms:**

| SCI's Term | | | Uber's Counterproposal |
|---|---|---|---|
| Control | /3 | Channel* OR distribut* OR suppl* OR retailer* OR sole OR total OR complet* | Uber rejects this term. |
| (creat* OR build* OR establish*) | /10 | (network OR platform) | Uber rejects this term. |
| Dummy | | | (Cancel* /10 (ride* OR pick-up OR fare OR trip)) & (**Fak* OR phony OR dummy OR burner***) |
| Burner* | | | |
| Phony | | | |
| Fak* | | | |
| Strateg* | /4 | plan | Compet* /5 (Rideshar* Or Ride shar* Or Ride-shar* Or Ridehail* Or Ride hail* Or Ride- hail* Or reduc* Or pric* or cost or economics or (share w/2 ride) or lock* OR TNC OR ((transportation /2 network) /3 compan*) OR (**strateg* w/4 plan***)) |
| | | | (Lyft OR taxi* OR limo OR Juno OR GetZimride OR Wingz OR Flywheel OR Via) /3 ("business plan" OR **strategy** OR guide OR policy OR swot OR S.W.O.T OR compet* OR pric* OR fare* OR supply OR demand) |
| | | | Marketing /5 **strateg*** |
| | | | **Strateg*** /5 (fair OR pric* OR compet* OR market) |

| | | | |
|---|---|---|---|
| | | | Economics /5 ("business case" OR **strategy**\* OR pric\* OR market OR cost OR lock\*) |
| Driver | /5 | (Recruit\* OR refer\* OR bonus\* OR incentive\* OR subsid\*) | **Driver /5 (Recruit\* OR refer\* OR bonus\* OR incentive\* OR subsid\*)** AND (Lyft OR Juno OR GetZimride OR Wingz OR Flywheel OR Via OR competit\*) |
| (Exclu\* OR harm\* OR power) | /3 | (market\* OR entry\* OR entrant\* OR compet\*) | **(Exclu\* OR harm\* OR power\*** OR elim\* OR inhibit\* OR threat OR "shut down" OR Leverag\*) /3 **(market\* OR entry\* OR entrant\* OR compet\***OR Lyft OR Juno OR GetZimride OR Wingz OR Flywheel OR Via) |
| "Global Intelligence" | | | Uber rejects this term. |
| "Category Position" | | | "Category position" /5 (ridehail\* OR TNC) |