THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
FRANCES A. WALDMANN, SBN 313700
fwaldmann@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone:     202.955.8500
Facsimile:   202.467.0539

Attorneys for Uber Technologies, Inc, Rasier LLC, Rasier-CA LLC, Rasier-PA LLC, Rasier-DC LLC, Rasier-NY LLC, Uber-USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SC Innovations, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Uber Technologies, Inc; Rasier LLC; Rasier-CA LLC; Rasier-PA LLC; Rasier-DC LLC; Rasier-NY LLC; Uber-USA LLC,<br><br>　　　　　　　Defendants. | CASE NO. 3:18-CV-07440-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE** |

Plaintiff SC Innovations, Inc. and Defendants Uber Technologies, Inc; Rasier LLC; Rasier-CA LLC; Rasier-PA LLC; Rasier-DC LLC; Rasier-NY LLC; and Uber-USA LLC (collectively, "the parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on January 17, 2020, the Court held a status conference and issued a Minute Order (ECF No. 70) setting certain deadlines in this case;

WHEREAS, on July 31, 2020, the Court held a status conference and ordered the parties to file a stipulation resetting certain deadlines in this case;

THEREFORE, the Parties stipulate, and request that the Court order, that the deadlines in this case be reset as follows:

| Event | Date |
|---|---|
| First rolling production deadline | September 15, 2020 |
| Completion of rolling document production | December 15, 2020 |
| Discovery cutoff | April 9, 2021 |
| Expert disclosure by party with burden of proof | May 3, 2021 |
| Expert rebuttal | June 2, 2021 |
| Expert discovery cutoff | July 15, 2021 |
| Deadline to file dispositive and *Daubert* motions | July 29, 2021 |
| Opposition to dispositive and *Daubert* motions | August 26, 2021 |
| Reply to dispositive and *Daubert* motions | September 9, 2021 |
| Hearing on dispositive motions and *Daubert* motions | October 8, 2021 at 9:30 a.m. |
| Pretrial conference | January 7, 2022 at 2:00 p.m. |
| Trial | January 24, 2022 at 8:30 a.m. for approximately 10 days (jury) |

**IT IS SO STIPULATED.**

Date: August 4, 2020

THEODORE J. BOUTROUS, JR.
DANIEL G. SWANSON
CYNTHIA E. RICHMAN
FRANCES A. WALDMANN
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Daniel G. Swanson
    Theodore J. Boutrous, Jr.
    Daniel G. Swanson
    Cynthia E. Richman
    Frances A. Waldmann

Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC, Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA, LLC

[continued on next page]

LEWIS T. LECLAIR
KIRK D. DILLMAN
JOHN C. BRIODY
MCKOOL SMITH, P.C


By: /s/ Kirk D. Dillman
    Lewis T. LeClair
    Kirk D. Dillman
    John C. Briody

Attorneys for Plaintiff, SC Innovations, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 6, 2020

    _____
    Hon. Joseph C. Spero
    Chief United States Magistrate Judge

1    Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this
2    stipulation has been obtained from each signatory herein.

                                                By: /s/ Daniel G. Swanson
                                                    Daniel G. Swanson