UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 18-cv-07440-JCS | **Case Name:** SC Innovations, Inc. v. Uber Technologies, Inc. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: January 22, 2021 | **Time:** 9 M |

**Attorney for Plaintiff:** Kirk Dillman, Jim Briody
**Attorney for Defendant:** Dan Swanson, Frances Waldman

**Deputy Clerk:** Karen Hom            **Court Reporter:** Not Reported

**ZOOM WEBINAR PROCEEDINGS**

1. Further Case Mgmt Conference - Held

**ORDERED AFTER HEARING**

Except as modified, the Court adopted the dates in the joint case management conference statement. [ECF 115]
Updated joint case management conference statement due 5/28/2021.

**NOTES:**

**CASE CONTINUED TO:**   6/4/2021 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:  7/8/2021**
**Expert Disclosure: 8/2/2021**
**Expert Rebuttal:  08/31/2021**
**Expert Discovery Cutoff: 10/13/2021**
**Deadline to File Dispositive & Daubert Motions: 10/27/2021**
**Oppositions to Dispositive & Daubert Motions: 11/24/2021**
**Replies to Dispositive & Daubert Motions: 12/8/2021**
**Motions Hearing & Daubert Motions:  1/14/2022 at 9:30 AM**
**Pretrial Conference:  06/24/2022 at 2:00 PM.**
**Trial:  07/18/2022 a**t **8:30 AM for  10 days  [ X ]   Jury   [ ]   Court**

**Order to be prepared by:**
[ ]  Plaintiff         [ ]  Defendant          [X]  Court

**cc:**