UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ZOOM CIVIL MINUTE ORDER

| Case No.: 18-cv-07440-JCS | Case Name: SC Innovations, Inc. v. Uber Technologies, Inc. |
|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: April 30, 2021 | Time: 30 M (9:59-10:31) |

**Attorney for Plaintiff:** Kirk Dillman, Jim Briody
**Attorney for Defendant:** Dan Swanson, Frances Waldeman

**Deputy Clerk:** Karen Hom          **Court Reporter:** Ana Dub

### ZOOM WEBINAR PROCEEDINGS

1. Discovery Hearing re: Redacted Discovery Letter Brief [121] – Granted in part, denied in part.

### ORDERED AFTER HEARING

As to the 30(b)(6) financial documentation topics – **denied as moot.** Parties have reached an agreement.

As to the 30(b)(6) regarding Uber Eats: Each side shall file a two (2) page letter brief, by **5/7/2021**, with authority on whether or not Plaintiff can recover damages outside of the relevant market if the Defendants anti-competitive conduct in the relevant market forced the Plaintiff out of business entirely, including businesses outside the relevant market.

Uber's unallocated cost information: Uber shall produce information for the period of 2015 and forward generally to the same extent as has been produced for the pre-2015 period.

Uber Financial Reporting Dashboard and Related Formula and Data – **denied.**

**CASE CONTINUED TO:**

**Order to be prepared by:**
 [ ] Plaintiff         [ ] Defendant          [ ] Court