THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
SHANNON E. MADER, SBN 235271
smader@gibsondunn.com
FRANCES A. WALDMANN, SBN 313700
fwaldmann@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Uber Technologies, Inc, Rasier LLC,
Rasier-CA LLC, Rasier-PA LLC, Rasier-DC LLC,
Rasier-NY LLC, Uber-USA L

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SC Innovations, Inc. | CASE NO. 3:18-cv-07440-JCS |
| *Plaintiff*, | **[PROPOSED] ORDER RE: DEFENDANTS' UNOPPOSED MOTION FOR A LIMITED DISCOVERY EXTENSION** |
| v. | The Honorable Joseph C. Spero |
| Uber Technologies, Inc.; Rasier LLC; Rasier-CA LLC; Rasier-PA LLC; Rasier-DC LLC; Rasier-NY LLC; Uber-USA LLC, | Date:        August 20, 2021<br>Time:        9:30 A.M. PT<br>Place:       By videoconference |
| *Defendants*. | |

Pursuant to Rule 6-3 of the Northern District of California Local Rules, Defendants filed an Unopposed Motion for a Limited Discovery Extension (the "Motion").  In support, Defendants filed a supporting declaration of Andrew Brown.

Having considered the Motion and the associated declaration, the Court finds that good cause for extending the fact discovery deadline has been shown because a fact witness may be unavailable to provide testimony by the current deadline despite the movant's diligence.

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**.

Accordingly, the Court hereby ORDERS:

1. The September 10, 2021 deadline for the completion of fact discovery is extended to July 17, 2022 with respect to any deposition of Grégory Boutté.

Dated: <u>August 17</u>, 2021

HON. JOSEPH C. SPERO
chief Magistrate Judge

Gibson, Dunn & Crutcher LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP