Lewis T. LeClair (SBN 77036)
lleclair@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:      (214) 978-4000
Facsimile:      (214) 978-4044

Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
McKool Smith Hennigan, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:      (213) 694-1200
Facsimile:      (213) 694-1234

Judith A. Zahid (SBN 215418)
jzahid@zelle.com
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:      (415) 693-0700
Facsimile:      (415) 693-0770

*Attorneys for Plaintiff, SC Innovations, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SC INNOVATIONS, INC.,** | Case No. **3:18-cv-07440-JCS** |
| **Plaintiff,** | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| **v.** | |
| **UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, RASIER-PA, LLC, RASIER-DC, LLC, RASIER-NY, LLC, AND UBER USA, LLC,** | |
| **Defendants.** | |

1

## STIPULATION OF DISMISSAL WITH PREJUDICE

2

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SC

3 Innovations, Inc. ("Plaintiff") and Defendants, Uber Technologies, Inc.; Rasier, LLC; Rasier-CA,

4 LLC; Rasier-PA, LLC; Rasier-DC, LLC; Rasier-NY, LLC; and Uber-USA, LLC (collectively,

5 "Defendants") through their respective counsel, hereby stipulate to the dismissal of all claims

6 asserted by Plaintiff against Defendants in the above-captioned action with prejudice and without

7 costs, attorneys' fees, or disbursements to any party.

8     IT IS SO STIPULATED.

9

10 Date: August 26, 2021                        MCKOOL SMITH, P.C.

11

12                                    By: /s/ *Kirk D. Dillman*
                                          Lewis T. LeClair
13                                        Kirk D. Dillman
                                          John C. Briody
14
15                                    *Attorneys for Plaintiff, SC Innovations, Inc.*

16

17 Date: August 26, 2021                        GIBSON, DUNN & CRUTCHER LLP

18

19                                    By: /s/ *Daniel G. Swanson.*
                                          Theodore J. Boutrous, Jr.
20                                        Daniel G. Swanson
                                          Cynthia E. Richman
21
22                                    *Attorneys for Defendants Uber Technologies, Inc.,*
                                      *Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC,*
23                                    *Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA,*
                                      *LLC*
24

25

26

27

28

-2-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this stipulation has been obtained from each signatory herein.

By: */s/ Kirk D. Dillman*
Kirk D. Dillman

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.


Date: _____        _____

Hon. Joseph C. Spero
Chief United States Magistrate Judge