1   Lewis T. LeClair (SBN 77036)
    lleclair@mckoolsmith.com
2   MCKOOL SMITH, P.C.
    300 Crescent Court, Suite 1500
3   Dallas, Texas 75201
    Telephone:    (214) 978-4000
4   Facsimile:    (214) 978-4044

5   Kirk D. Dillman (SBN 110486)
    kdillman@mckoolsmithhennigan.com
6   McKool Smith Hennigan, P.C.
    300 South Grand Avenue, Suite 2900
7   Los Angeles, California 90071
    Telephone:    (213) 694-1200
8   Facsimile:    (213) 694-1234

9   Judith A. Zahid (SBN 215418)
    jzahid@zelle.com
10  ZELLE LLP
    44 Montgomery Street, Suite 3400
11  San Francisco, California 94104
    Telephone:    (415) 693-0700
12  Facsimile:    (415) 693-0770

13  *Attorneys for Plaintiff, SC Innovations, Inc.*

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17  **SC INNOVATIONS, INC.,**                     )   **Case No. 3:18-cv-07440-JCS**
                                                  )
18                          **Plaintiff,**        )   **STIPULATION AND [~~PROPOSED~~]**
                                                  )   **ORDER OF DISMISSAL WITH**
19                      v.                        )   **PREJUDICE**
                                                  )
20  **UBER TECHNOLOGIES, INC., RASIER, LLC,**     )
    **RASIER-CA, LLC, RASIER-PA, LLC, RASIER-**   )
21  **DC, LLC, RASIER-NY, LLC, AND UBER USA,**    )
    **LLC,**                                      )
22                                                )
                                                  )
23                          **Defendants.**       )

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SC Innovations, Inc. ("Plaintiff") and Defendants, Uber Technologies, Inc.; Rasier, LLC; Rasier-CA, LLC; Rasier-PA, LLC; Rasier-DC, LLC; Rasier-NY, LLC; and Uber-USA, LLC (collectively, "Defendants") through their respective counsel, hereby stipulate to the dismissal of all claims asserted by Plaintiff against Defendants in the above-captioned action with prejudice and without costs, attorneys' fees, or disbursements to any party.

IT IS SO STIPULATED.

Date: August 26, 2021                                        MCKOOL SMITH, P.C.


                                                   By: /s/ *Kirk D. Dillman*
                                                        Lewis T. LeClair
                                                        Kirk D. Dillman
                                                        John C. Briody

                                                   *Attorneys for Plaintiff, SC Innovations, Inc.*


Date: August 26, 2021                                        GIBSON, DUNN & CRUTCHER LLP


                                                   By: /s/ *Daniel G. Swanson.*
                                                        Theodore J. Boutrous, Jr.
                                                        Daniel G. Swanson
                                                        Cynthia E. Richman

                                                   *Attorneys for Defendants Uber Technologies, Inc.,*
                                                   *Rasier, LLC, Rasier-CA LLC, Rasier-PA, LLC,*
                                                   *Rasier-DC, LLC, Rasier-NY, LLC, and Uber USA,*
                                                   *LLC*

Case No. 3:18-cv-07444-JCS                    STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
                                                                            PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **<u>ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this stipulation has been obtained from each signatory herein.

By: */s/ Kirk D. Dillman*
Kirk D. Dillman

-3-

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Date: August 27, 2021

_____

Hon. Joseph C. Spero
Chief United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE